JOHN B. SULLIVAN (State Bar No. 96742)
jbs@severson.com
MARY KATE SULLIVAN (State Bar No. 180203)
mks@severson.com
PHILIP BARILOVITS (State Bar No. 199944)
pb@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone:    (415) 398-3344
Facsimile:    (415) 956-0439

Attorneys for Defendants
GREEN TREE SERVICING, LLC
FEDERAL NATIONAL MORTGAGE
ASSOCIATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL GRILEY,<br><br>              Plaintiff,<br><br>     vs.<br><br>NATIONAL CITY MORTGAGE, *et al.*<br><br>              Defendants. | Case No.:  2:10-cv-01204-WBS-KJM<br><br>**ORDER GRANTING GREEN TREE SERVICING LLC AND FEDERAL NATIONAL MORTGAGE ASSOCIATION'S REQUEST TO APPEAR TELEPHONICALLY AT HEARING FOR MOTION TO DISMISS**<br><br>Judge:  Hon. Willam B. Shubb<br>Date:   September 13, 2010<br>Time:   2:00 p.m.<br>Ctrm.:  5, 14th Floor |

11293/0050/841864.1

[PROPOSED] ORDER
Case No. 2:10-cv-01204-WBS-KJM

1  The request of Defendants Green Tree Servicing, LLC and Federal National Mortgage Association to appear by telephone at the above-entitled hearing for the motion to dismiss has been received by this Court.

For good cause appearing, IT IS HEREBY ORDERED that defendants request to appear telephonically is approved.  The Court understands that counsel for defendants direct landline telephone number is 415-677-5501.

IT IS SO ORDERED.

DATED:  September 9, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE