UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| PAUL GRILEY, individually and on behalf of the General Public of the State of California<br><br>   Plaintiff,<br><br> v.<br><br>NATIONAL CITY MORTGAGE, a division of NATIONAL CITY BANK OF INDIANA; NATIONAL CITY BANK OF INDIANA; PNC MORTGAGE CORP; GREEN TREE SERVICING, LLC; FANNIE MAE and DOES 1 to 50<br><br>   Defendants.<br>_____/ | NO. CIV. 2:10-1204 WBS EFB<br><br><u>ORDER TO SHOW CAUSE</u> |

----oo0oo----

   A Status (Pretrial Scheduling) Conference was scheduled in this action for March 21, 2011, and the parties were required to submit a Joint Status Report by March 7, 2011.  Defendants filed a separate status report, stating that they attempted to reach plaintiff's counsel "for several weeks" in order to prepare the Joint Status Report, but were unsuccessful.  (Docket No. 28.)

1

The Clerk also attempted to contact plaintiff's counsel multiple times, using the contact information provided by counsel, but could not reach him.

A plaintiff's failure to prosecute or to comply with the Federal Rules of Civil Procedure or a court order constitutes grounds for dismissal of the action. Fed. R. Civ. P. 41(b). The court does not wish to keep a case on its docket, nor should it set discovery deadlines and a trial date, when the plaintiff has no interest in prosecuting the action.

IT IS THEREFORE ORDERED that within twenty-one days of the date of this Order, plaintiff shall file a brief to show cause why this action should not be dismissed pursuant to Fed. R. Civ. P. 42(b) for failure to prosecute. At the same time, plaintiff shall file a status report as required by the court's Status (Pretrial Scheduling) Conference Order (Docket No. 5). The Status (Pretrial Scheduling) Conference is continued to April 18, 2011, at 2:00 p.m. in Courtroom No. 5. Counsel for plaintiff shall personally attend the conference. Plaintiff is advised that failure to comply with this Order may result in dismissal of the action.

DATED: March 18, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE