**GEORGE W. M. MULL, ESQ**., State Bar No. 1333481
1415 L Street, Suite 1000
Sacramento, CA 95814
Telephone: (916) 456-0100
Facsimile: (916) 583-7464

Attorney for Plaintiff Paul Griley

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL GRILEY<br><br>    Plaintiff,<br> vs.<br><br>NATIONAL CITY MORTGAGE, *et al.*<br><br>    Defendants. | Case No.: 2:10-cv-01204-WBS-EFB<br><br>**DISMISSAL OF ENTIRE ACTION** |

  Pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties, plaintiff Paul Griley and defendants Green Tree Servicing LLC and Federal National Mortgage Association, having reached a settlement of this matter, hereby stipulate that this matter be dismissed with prejudice, and that each party waives any claim for attorney's fees or costs.

1

SO STIPULATED this 21st day of February, 2012.

                LAW OFFICE OF GEORGE W. MULL

                By: /s/ George W. Mull

                George W. Mull

                Attorneys for Plaintiff PAUL GRILEY

Pursuant to the Eastern District's CM/ECF Final Procedures, Section 15.2, I have obtained approval from Daska P. Babcock to state that she has authorized me to annotate her signature on this electronic filing pursuant to Section 15.1.

                SEVERSON & WERSON

                A Professional Corporation

                By: /s/ Daska P. Babcock

                Daska P. Babcock

                Attorneys for Defendants

                GREEN TREE SERVICING LLC and

                FEDERAL NATIONAL MORTGAGE

                ASSOCIATION

IT IS SO ORDERED

DATED: February 22, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE